# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

VICTOR COVINGTON

NO. 2022 KW 0619

**AUGUST 2, 2022**

---

In Re:    Victor Covington, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          96-CR-1253.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              **JMM**
                              **MRT**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT